ATLANTIC METAL PRODUCTS, INC., Appellant and Respondent, *v.* SAMUEL MINSKOFF et al., Respondents and Appellants, et al., Defendants.

Argued October 3, 1945; decided October 25, 1945.

*Benjamin Heffner* and *Philip Stanley Abrahams* for plaintiff, appellant and respondent.

*David N. Aberman* and *Florence Raider* for defendant, respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.

QUEENSIDE HILLS REALTY CO., INC., Appellant, *v.* WILLIAM WILSON, as Commissioner of Housing and Buildings of the City of New York, Respondent.

Submitted October 1, 1945; decided October 25, 1945.